UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL STEVEN KING,<br><br>      Plaintiff,<br><br>  vs.<br><br>S. DEATHRIAGE, et al.,<br><br>      Defendants. | 1:14-cv-00111-GSA-PC<br><br>ORDER GRANTING MOTION<br>(Doc. 6.)<br><br>ORDER DIRECTING CLERK TO CORRECT THE SPELLING OF DEFENDANT DEATHRIAGE'S NAME ON THE COURT RECORD |

      Micheal Steven King ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on January 27, 2014. (Doc. 1.)

      On February 4, 2014, Plaintiff filed a motion for the court to correct the spelling of defendant Deathriage's name on the court record. (Doc. 6.) Plaintiff asserts that the record reflects the name as J. Deathriage, whereas the defendant's name is S. Deathriage. Plaintiff's motion shall be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.      Plaintiff's motion filed on February 4, 2014, is GRANTED; and

      2.      The Clerk is directed to make a correction to the spelling of defendant Deathriage's name on the court record, from J. Deathriage to S. Deathriage.

IT IS SO ORDERED.

    Dated:   **February 5, 2014**            **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE