UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVEN KING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J. DEATHRIDGE, ET AL.,<br><br>　　　　Defendant | Case No.: 1:14 cv 00111 GSA PC<br><br>ORDER DISMISSING CLAIMS AND DEFENDANTS<br><br>(ECF NO. 10) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).[1]

　　　　On August 26, 2014, an order was entered, finding that the complaint stated a claim for relief against Defendants Deathridge, Martinez and Briones for use of excessive physical force and against Defendant Angulo for denial of medical care. Plaintiff was advised that the complaint did not state any other claims for relief. Plaintiff was provided with the option of filing an amended complaint or notifying the Court of his intention to proceed only on the claims found to be cognizable. On October 6, 2014, Plaintiff filed a motion to dismiss. In his motion, Plaintiff indicates that he wishes to proceed on the claims found to be cognizable and does not

---

[1] Plaintiff filed a consent to proceed before a magistrate judge on February 4, 2014 (ECF No. 6).

1

wish to file an amended complaint.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to dismiss is granted.  Defendants A. Montano and P. Brazelton are dismissed.  Plaintiff's Due Process and Supervisory claims are dismissed.

IT IS SO ORDERED.

Dated:   **October 8, 2014**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE