# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVEN KING,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEATHRIAGE, et al.,<br><br>　　　　Defendants. | 1:14-cv-00111-LJO-GSA-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO WITHDRAW MOTION FOR SUMMARY JUDGMENT<br>(Doc. 22.)<br><br>ORDER WITHDRAWING MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR<br>(Doc. 17.) |

　　　　Michael Steven King ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  This action now proceeds on the original Complaint filed by Plaintiff on January 27, 2014, against defendants Sergeant Deathriage, Correctional Officer (C/O) J. Martinez and C/O Briones for use of excessive physical force, and against defendant LVN A. Angulo for denial of medical care.[1]  (Doc. 1.)

　　　　On December 29, 2014, defendants Deathridge, Martinez, Briones, and Angelo ("Defendants") filed a motion for summary judgment.  (Doc. 17.)  On January 6, 2015, Defendants filed a request to withdraw the motion for summary judgment.  (Doc. 22.)  Good cause appearing, Defendants' request to withdraw shall be granted.

---

[1] On October 9, 2014, the Court issued an order dismissing all other claims and defendants from this action, for failure to state a claim. (Doc. 11.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to withdraw their motion for summary judgment is GRANTED; and
2. Defendants' motion for summary judgment, filed on December 29, 2014, is WITHDRAWN from the Court's calendar.

IT IS SO ORDERED.

Dated: **January 7, 2015**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE