1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVEN KING,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEATHRIAGE, et al.,<br><br>        Defendants. | 1:14-cv-00111-LJO-GSA-PC<br><br>ORDER DENYING REQUEST TO INITIATE FURTHER SERVICE OF PROCESS AS MOOT<br>(Doc. 19.) |

Michael Steven King ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds with the original Complaint filed by Plaintiff on January 27, 2014, against defendants Sergeant Deathriage, Correctional Officer (C/O) J. Martinez and C/O Briones for use of excessive physical force, and against defendant LVN A. Angulo for denial of medical care.[1] (Doc. 1.)

On December 29, 2014, Plaintiff filed a request for the court to provide him with new USM-285 forms to initiate further service of process. (Doc. 19.) Plaintiff explains that he received a letter from defense counsel dated December 11, 2014, which raised his concerns whether service of process upon Defendants had been properly completed. (Doc. 19, Exh. A.)

---

[1] On October 9, 2014, the Court issued an order dismissing all other claims and defendants from this action, for failure to state a claim. (Doc. 11.)

1

Plaintiff is advised that service of process has been properly completed for all four of the Defendants in this action. On December 17, 2014, all four of the Defendants filed waivers of service, and on December 29, 2014, all four of the Defendants filed an Answer to the Complaint. (Docs. 15, 16.) Therefore, no further service of process is required, and Plaintiff's request shall be denied as moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request to initiate further service of process is DENIED as moot.

IT IS SO ORDERED.

Dated:   **May 16, 2015**                              **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE