# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL STEVEN KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. DEATHRIAGE, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-00111-LJO-SAB-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 44)<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION SUMMARY JUDGMENT<br>(ECF No. 41) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

　　　　On August 19, 2016, findings and recommendations were entered, recommending that Defendants' motion for summary judgment be granted in part and denied in part.  The parties were provided an opportunity to file objections within twenty-one days.  On September 9, 2016, Defendants filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the record to be supported by the record and proper analysis.

　　　　Accordingly, THE COURT HEREBY ORDERS that:

1

1.      The findings and recommendations issued by the Magistrate Judge on August 19, 2016, are adopted in full;

2.      Defendants' motion for summary judgment is granted in part and denied in part as follows:

3.      Defendants Deathriage, Martinez, and Briones's motion for summary judgment on the Eighth Amendment excessive force claims is denied;

4.      Defendant Angulo's motion for summary judgment on the Eighth Amendment deliberate indifference claims is granted.  Judgment is entered on Defendant Angulo's Eighth Amendment deliberate indifference claim.

IT IS SO ORDERED.

Dated:   **September 22, 2016**            /s/ Lawrence J. O'Neill
                                                                    UNITED STATES CHIEF DISTRICT JUDGE