# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL STEVEN KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. DEATHRIAGE, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-00111-LJO-SAB-PC<br><br>**AMENDED SECOND SCHEDULING ORDER**<br><br><u>Jury Trial</u>:  **May 9, 2017**, at 8:30 a.m. in Courtroom 4 (LJO) |

　　This case proceeds to a jury trial on Plaintiff Michael Steven King'ss claims against Defendants Deathriage, Martinez, and Briones for excessive force in violation of the Eighth Amendment. Due to scheduling issues, the May 2, 2017 jury trial date is vacated, and a new jury trial date is set for May 9, 2017 at 8:30 a.m. All other previously-set deadlines and hearing dates remain the same.

　　Accordingly, the Court HEREBY ORDERS as follows: This matter is now set for jury trial before the Honorable Lawrence J. O'Neill on May 9, 2017, at 8:30 a.m. in Courtroom 4.

IT IS SO ORDERED.

　　Dated:  __November 1, 2016__　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE