# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL STEVEN KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. DEATHRIAGE, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00111-LJO-SAB-PC<br><br>**ORDER TO WARDEN OF IRONWOOD STATE PRISON REGARDING INMATE MICHAEL STEVEN KING, CDCR #F-27519**<br><br>**ORDER DIRECTING CLERK TO EMAIL COPY OF ORDER TO LITIGATION COORDINATOR** |

**To the Warden of Ironwood State Prison:**

　　　Inmate Michael Steven King, CDCR # F-27519 shall be proceeding to trial in the above matter on May 16, 2017, and has expressed some difficulty in communicating with a proposed inmate witness. That proposed witness is Inmate Frizzell Bell, CDCR #V-98376, currently housed at Kern Valley State Prison.

　　　The Court respectfully directs that Inmate King may write and send a letter to Inmate Bell, as follows:

> Dear Inmate Bell:  As you know, I have a lawsuit pending in federal court concerning an incident on March 21, 2013 at Pleasant Valley State Prison. If you are willing, would you please immediately send me a note indicating what, if anything, you witnessed regarding the incident?

1

The letter is of importance in determining issues for the May 16, 2017 trial in this matter, and the Warden's cooperation in this matter is appreciated.

Accordingly, it is HEREBY ORDERED as follows:

1. The Warden of Ironwood State Prison is respectfully directed to allow Inmate Michael Steven King to write and send the letter to Inmate Bell, as outlined above;

2. The Clerk of the Court is directed to serve a copy of this order on the Litigation Coordinator at Ironwood State Prison via email; and

3. The Litigation Coordinator is respectfully requested to deliver the emailed copy of this order to the Warden of Ironwood State Prison, and to Plaintiff, as soon as practicable.

IT IS SO ORDERED.

Dated:   **March 23, 2017**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE