# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL STEVEN KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. DEATHRIAGE, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00111-SAB (PC)<br><br>ORDER SETTING TELEPHONIC HEARING ON DEFENDANTS' MOTION TO CONTINUE TRIAL/MODIFY SCHEDULING ORDER<br><br>[ECF No. 81]<br><br>Telephonic Status Conference: **April 27, 2017**<br>Time: **9:00 a.m.** |

Plaintiff Michael Steven King is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This matter was set for a jury trial commencing May 16, 2017 on Plaintiff's claims against Defendants Deathriage, Martinez, and Briones for excessive force in violation of the Eighth Amendment, before United States District Judge Lawrence J. O'Neill.

Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 5, 80); Local Rule 302. This matter has been reassigned to the undersigned. (ECF No 82.)

On April 21, 2017, Defendants filed a motion to continue the trial date approximately three months later than currently scheduled, due to the medical unavailability to Defendant Deathriage. In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing to discuss Defendants' request to continue the trial date.

///

Accordingly, it is HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **Thursday, April 27, 2017, at 9:00 a.m., in Courtroom 9** before the undersigned; and

2. Defense Counsel shall arrange for Plaintiff to appear by telephone by contacting the litigation coordinator at Ironwood State Prison, where Plaintiff is currently housed, and arranging for his participation; and

3. Each party should dial (877) 336-1280 and input passcode 1198646 to attend the conference.

IT IS SO ORDERED.

Dated: **April 25, 2017**

UNITED STATES MAGISTRATE JUDGE