| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVEN KING,<br><br>    Plaintiff,<br><br>v.<br><br>S. DEATHRIAGE, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00111-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL/MODIFY SCHEDULING ORDER, AND VACATING MAY 16, 2017 TRIAL DATE<br><br>(ECF No. 81) |

      Plaintiff Michael Steven King is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case is set for a jury trial on May 16, 2017 on Plaintiff's claims against Defendants Deathriage, Martinez, and Briones for excessive force in violation of the Eighth Amendment. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the undersigned. (ECF Nos. 5, 80); Local Rule 302.

      On April 21, 2017, Defendants filed a motion to continue the trial date approximately three months later than currently scheduled, due to the medical unavailability of Defendant Deathriage. (ECF No. 81) The Court held a telephonic hearing regarding this matter on April 27, 2017. Plaintiff Michael Steven King appeared on behalf of himself, in pro per. Krista Leigh Pollard and Heather Heckler, of the California Attorney General's Office, appeared for Defendants Deathriage, Martinez, and Briones.

1

GOOD CAUSE being shown for the reasons discussed at the hearing, it is hereby ordered that:

1. Defendants' motion to continue the trial date and modify the scheduling order is GRANTED;

2. The current trial date of May 16, 2017 is VACATED; and

3. A separate amended pretrial order shall issue regarding the new trial date and related deadlines.

IT IS SO ORDERED.

Dated: **April 27, 2017**

UNITED STATES MAGISTRATE JUDGE