| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVEN KING, | ) Case No.: 1:14-cv-00111-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER VACATING WRIT OF HABEAS <br> ) CORPUS AD TESTIFICANDUM DIRECTING <br> ) TRANSPORT OF INMATE MICHAEL STEVEN |
| S. DEATHRIAGE, et al., | ) KING, CDCR #F-27519 <br> ) (ECF No. 78) |
| Defendants. | ) <br> ) ORDER DIRECTING CLERK'S OFFICE TO <br> ) SERVE ORDER BY E-MAIL ON IRONWOOD <br> ) STATE PRISON <br> ) |

On April 19, 2017, the Court issued a writ of habeas corpus ad testificandum directing the transport of Michael Steven King, inmate, CDCR #F-27519, for trial on May 16, 2017, as a witness on his own behalf in this matter. (ECF No. 78.) Now, for good cause shown, the Court has vacated the May 16, 2017 trial date. Therefore, the transportation writ for Inmate King shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of Michael Steven King, inmate, CDCR #F-27519, issued on April 19, 2017, is VACATED;

///

///

1

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the litigation coordinator at Ironwood State Prison, and on the litigation coordinator of any other institution(s) which require this information; and,

3. The Clerk's Office shall serve a courtesy copy of this order via mail on Inmate King.

IT IS SO ORDERED.

Dated: **April 27, 2017**

_____
UNITED STATES MAGISTRATE JUDGE