# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVEN KING,<br><br>    Plaintiff,<br><br>v.<br><br>S. DEATHRIAGE, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00111-SAB (PC)<br><br>ORDER RESETTING TELEPHONIC TRIAL CONFIRMATION HEARING DATE<br><br>Telephonic Trial Confirmation Hearing: **June 20, 2017**, at 2:00 p.m. in Courtroom 9 (SAB) |

This case proceeds to a jury trial on Plaintiff Michael Steven King's claims against Defendants Deathriage, Martinez, and Briones for excessive force in violation of the Eighth Amendment.

Due to scheduling issues, the June 19, 2017 telephonic trial confirmation hearing date is continued to June 20, 2017, at 2:00 p.m. All other previously-set deadlines and dates remain the same.

Accordingly, the Court HEREBY ORDERS as follows: This matter is now set for a telephonic trial confirmation hearing before the Honorable Stanley A. Boone on June 20, 2017, at 2:00 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **June 7, 2017**

                                   UNITED STATES MAGISTRATE JUDGE