# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVEN KING, <br><br> Plaintiff, <br><br> v. <br><br> S. DEATHRIAGE, et al., <br><br> Defendants. | Case No.: 1:14-cv-00111-SAB (PC) <br><br> ORDER GRANTING DEFENDANTS' MOTION TO ALLOW DEFENDANT DEATHRIAGE TO TESTIFY AT TRIAL BY VIDEO CONFERENCE <br><br> (ECF No. 97) |

Plaintiff Michael Steven King is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds to a jury trial on Plaintiff's claims against Defendants Deathriage, Martinez, and Briones for excessive force in violation of the Eighth Amendment. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the undersigned. (ECF Nos. 5, 80); Local Rule 302.

Currently before the Court is Defendants motion pursuant to Federal Rule of Civil Procedure 43(a) to allow Defendant Deathriage to participate in and testify at trial by videoconference, filed June 8, 2017. (ECF No. 97.) On June 20, 2017, pursuant to this Court's order (ECF No. 98), the motion was heard orally at a hearing. Plaintiff appeared *pro s*e, and Heather M. Heckler, Office of the Attorney General, appeared on behalf of Defendants.

The relevant legal standards, arguments, and findings on this matter were set forth in the Court's June 12, 2017 order setting a hearing on this matter, (ECF No. 98), and further discussed in

open court. In sum, the Court finds good cause under the circumstances, pursuant to Federal Rule of Civil Procedure 43, to allow Defendant Deathriage to testify in this trial via videoconference.

Accordingly, the Court HEREBY ORDERS as follows:

1. Defendant's motion to allow Defendant Deathriage's trial participation by videoconference (ECF No. 97), is GRANTED; and

2. Defense counsel is instructed to contact **Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov**, for assistance in coordinating the videoconference testimony of Defendant Deathriage. Defense counsel shall schedule a test call at a date and time that is convenient to the Court's Information Technology staff, though Ms. Hernandez.

IT IS SO ORDERED.

Dated: **June 21, 2017**

UNITED STATES MAGISTRATE JUDGE