# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVEN KING,<br><br>Plaintiff,<br><br>v.<br><br>S. DEATHRIAGE, et al.,<br><br>Defendants. | Case No.: 1:14-cv-00111-SAB (PC)<br><br>ORDER THAT **INMATE FRIZZELL BELL, CDCR #V-98376**, IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED<br><br>(ECF No. 101) |

This matter was set for a jury trial on July 11, 2017, at which inmate Frizzell Bell, CDCR # V-98376, was due to attend. The trial date has now been vacated due to a stipulated dismissal of this action, as set forth in a notice filed on June 22, 2017. (ECF No. 106).

Accordingly, inmate Frizzell Bell CDCR Inmate #V-98376, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **June 23, 2017**

UNITED STATES MAGISTRATE JUDGE